1  JACOB S. PECK
   1647 Summerwind Dr
2  Fernley, NV 89408
   Email: RenoNewsNow@Outlook.com
3

4  JACOB STEVEN PECK

5

6

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9  NAME OF PLAINTIFF(S)                 ) Case No.: 3:23-cv-00447-MMD-CSD
   Walter England                       )
10                        Plaintiff(s), ) **MOTION TO REQUEST MEDIA**
                                        ) **APPROVAL**
11    vs.                               )
                                        )
12 NAME OF DEFENDANT(S),                ) DATE: 09/20/2023
                                        ) TIME:  2:00 PM
13 Christian Hoyt                       )
                          Defendant(s). ) Judge:  Miranda M. Du
14                                      )
                                        )
15                                      )
                                        )
16                                      )
                                        )
17 _____)

18 Jacob Peck, on behalf of Reno News Now, moves this Court for permission to record the

19 proceedings in this case.

20

21 WHEREAS, the First Amendment to the United States Constitution guarantees the freedom of the

22 press; and

23

24 WHEREAS, the public has a right to access court proceedings; and

25

26 WHEREAS, recording court proceedings can help to ensure that the public has a complete and

27 accurate record of what was said and done; and

28

WHEREAS, Reno News Now has agreed to follow all of the Court's instructions regarding the recording, including keeping the recording confidential and providing the Court with a copy of the recording at its request;

WHEREAS, Reno News Now will record everything statically and will not live stream proceedings to the internet. Reno News Now will also provide copies of raw and unedited copies of the footage upon the request of the Court or Clerk of Courts.

NOW, THEREFORE, Reno News Now respectfully requests that this Court grant its motion to record the proceedings in this case.

Respectfully submitted,

Jacob Peck

On behalf of Reno News Now

DATED: September 12, 2023

JACOB S. PECK
In Pro Per