UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER ENGLAND,<br><br>　　　Plaintiff<br><br>v.<br><br>CHRISTIAN HOYT,<br><br>　　　Defendants | Case No.: 3:23-cv-00447-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 1 |

　　　Plaintiff has filed an application to proceed *in forma pauperis* (IFP) and a pro se civil complaint. (ECF Nos. 1, 1-1.)

　　　The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

　　　Plaintiff completed the short form application to proceed IFP which states that his take-home pay or wages are $1,200 bi-weekly, and the only expenses he lists is $424 bi-weekly for housing. On these bare statements, the court cannot conclude that Plaintiff is unable to pay the $402 filing fee (consisting of the $350 filing fee and $52 administrative fee). Therefore, Plaintiff's IFP application (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

　　　The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application with sufficient information allowing the court to conclude that he is unable to

pay the filing fee, or pay the full $402 filing fee. If Plaintiff files a completed IFP application that demonstrates he is unable to pay the filing fee, the court will screen his complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: September 14, 2023

_____
Craig S. Denney
United States Magistrate Judge