AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

WALTER ENGLAND,

        Plaintiff,

v.

CHRISTIAN HOYT, *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:23-cv-00447-MMD-CSD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed April 1, 2024 (ECF No. 11) this action is dismissed without prejudice.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: April 2, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk