Case 3:23-cv-00447-MMD-CSD   Document 13   Filed 04/15/24   Page 1 of 1
Case 3:23-cv-00447-MMD-CSD   Document 12   Filed 04/02/24   Page 1 of 1
Case 3:23-cv-00447-MMD-CSD   Document 11   Filed 04/01/24   Page 1 of 2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED ST[ATES] |
| 4 | DIST[RICT] |
| 5 | |
| 6 | WALTER ENGLAND, |
| 7 | Plaintif[f] |
| 8 | v. |
| 9 | CHRISTIAN HOYT, *et al.*, |
| 10 | Defendants |
| 11 | *Pro se* Plaintiff Walter England |
| 12 | Amendment, the Fourth Amendment, a |
| 13 | is the Report and Recommendation ("[R&R]" |
| 14 | Denney, recommending that the Court |
| 15 | failure to comply with the Court's prev[ious] |
| 16 | amended complaint and directing him t[o] |
| 17 | Judge Denney also recommends denyi[ng] |
| 18 | (ECF No. 3) as moot. (ECF No. 9 at 4 |
| 19 | 2024. (*See id.*) To date, no objections h[ave] |
| 20 | below, the Court adopts the R&R in full |
| 21 | Because there is no objection, th[e Court is] |
| 22 | satisfied Judge Denney did not clearly |
| 23 | 1114, 1116 (9th Cir. 2003) ("De novo |
| 24 | recommendations is required if, but o[nly if] |
| 25 | findings and recommendations.") (emp[hasis] |
| 26 | dismissing this action because England |
| 27 | [1]Both the Court's order directing |
| 28 | the R&R were returned as undeliverab[le] responsibility to file notification of any ch[ange] |





Walter England
136 West 2nd Street, Apt 212
Reno, NV 89501

NIXIE   895   7E   1   2204/11/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 89501219576
*2941-07585-02-42*



$000.64°
04/02/2024 ZIP 89501
043M31229371
US POSTAGE
FIRST-CLASS MAIL

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO, NEVADA 89501
OFFICIAL BUSINESS

Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record
APR 15 2024
C[lerk], District of Nevada
Deputy